UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CARLOS EUGENE BROOKS,                                                                   Petitioner,

v.                                                                         Civil Action No. 3:15-cv-P57-DJH

COMMONWEALTH OF KENTUCKY,                                                       Respondent.

\* \* \* \* \*

### MEMORANDUM OPINION

Upon filing the instant action, Petitioner assumed the responsibility of keeping this Court advised of his current address and to actively litigate his claims. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

The Court sent an Order to Petitioner on March 9, 2015. That mailing was returned to the Court by the U.S. Postal Service marked "Return to Sender; Unable to Forward." Petitioner has not advised the Court of his new address, and neither notices from this Court nor filings by Respondent in this action can be served on Petitioner. In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Because it appears to this Court that Petitioner has abandoned any interest in prosecution of this case, the Court will dismiss the case by separate Order.

Date: April 24, 2015

**David J. Hale, Judge**
**United States District Court**

cc:   Petitioner, *pro se*
4416.009